

Office Of The Clerk

# Court of Appeal, First Circuit
### State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

Post Office Box 4408
Baton Rouge, LA
70821-4408
(225) 382-3000

## Notice of Judgment and Disposition

May 20, 2022

Docket Number: 2022 - CW - 0211

Laura F. Phillips
versus
Bristi Omar Wade Ghoram

TO:  J. Keith Friley
4127 W. E. Heck Court
Baton Rouge, LA 70816
kfriley@kfrileylaw.com

Carlos Alberto Zelaya II  Esq.
2118 Pakenham Drive
Chalmette, LA 70043
czelaya@mumphreylaw.com

Hon. Jeff  Cashe
P.O. Box 639
Livingston, LA 70754

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAURA F. PHILLIPS

VERSUS

BRISTI OMAR WADE GHORAM

NO.   2022 CW 0211

**MAY 20, 2022**

---

In Re:    Bristi  Omar  Wade  Ghoram,  applying  for  supervisory
writs,  21st  Judicial  District  Court,  Parish  of
Livingston, No. 170211.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT NOT CONSIDERED.** This writ application fails to include
a  copy  of  pertinent  court  minutes  in  violation  of  Rule  4-
5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal. In
addition,  this  court  cannot  determine  the  timeliness  of  this
writ application. This court requires a copy of the pertinent
written reasons, if any, and notices of the January 5, 2022 and
December  22,  2021  orders  in  the  event  that  a  new  writ
application is filed.

   Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with
this  court,  it  must  contain  all  pertinent  documentation,
including  all  documents  necessary  to  show  timeliness  of  this
writ application and the missing items noted above, and must
comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-
12.2.  Any new application must be filed on or before June 20,
2022, and must contain a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT